UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

                Plaintiff,

      -against-

PAYWARD, INC.,

                Defendant.

25-CV-0361 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated March 12, 2025, the Court dismissed this action because Plaintiff did not pay the $405.00 in fees or request to proceed *in forma pauperis*, that is, without the prepayment of fees. The Clerk of Court entered a civil judgment on March 14, 2025. On May 9, 2025, Plaintiff filed a "notice of motion," seeking injunctive relief. Because this case is closed, Plaintiff cannot seek injunctive relief. The Court therefore directs the Clerk of Court to terminate the motion docketed at ECF 17.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   January 28, 2026
            New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                     Chief United States District Judge